Jeffery MORGAN *v.* STATE of Arkansas

CR 03–1476                                    142 S.W.3d 643

Supreme Court of Arkansas
Opinion delivered January 22, 2004

*Buckley, McLemore & Hudson, P.A.*, by: *Kent McLemore*, for appellant.

No response.

PER CURIAM. Appellant Jeffery Morgan, by and through his attorney, has filed a motion for rule on the clerk. His attorney, Kent McLemore, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.